UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JACINTO SANCHEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>L. BIRD,<br><br>　　　　　Respondent. | No. 2:23-cv-01702-MCS (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the original Petition (Dkt. 11), the Order to Show Cause issued by the assigned magistrate judge (Dkt. 15), the First Amended Petition (Dkt. 16), the Report and Recommendation of the magistrate judge (Dkt. 18, "Report"), and Petitioner's Objection to the Report (Dkt. 19).

　　　　Having engaged in a <u>de novo</u> review of those portions of the Report to which objections have been made, the Court concurs with and accepts the findings and recommendations of the Magistrate Judge.

/ / /

/ / /

IT IS THEREFORE ORDERED that Judgment shall be entered dismissing this action without prejudice.

Dated: May 30, 2023

_____
MARK C. SCARSI
United States District Judge

2