JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JACINTO SANCHEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>L. BIRD,<br><br>　　　　　Respondent. | No. 2:23-cv-01702-MCS (JDE)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: May 30, 2023

　　　　　　　　　　　　　　　　　　　　*/s/ Mark C. Scarsi*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MARK C. SCARSI
　　　　　　　　　　　　　　　　　　　　United States District Judge